UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERLYNN C. LEGASPI,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C17-166-TSZ-JPD<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

Based upon the unopposed motion of defendant, Dkt. 7, as well as the declaration of Michael Howard, Dkt. 8, it is hereby ORDERED that the motion is GRANTED. Accordingly, defendant's answer to plaintiff's complaint shall be due on or before August 2, 2017.

DATED this 11th day of July, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1