UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERLYNN C. LEGASPI,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C17-166-TSZ-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20. Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). The parties have not identified the specific reasons for the remand, and therefore the ALJ should conduct a *de novo* hearing and issue a new decision.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that the Honorable Thomas S. Zilly immediately approve this Report and

Recommendation. The Clerk should note the matter for **September 29, 2017** as ready for Judge Zilly's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 29th day of September, 2017.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge