UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERLYNN C. LEGASPI,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. C17-166-TSZ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, having reviewed after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)    The Court ADOPTS and APPROVES the Report and Recommendation.

(2)    The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

(3)    The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 5th day of October, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER
PAGE - 1